| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |  | PRO HAC VICE APPLICATION,<br>ECF REGISTRATION AND CONSENT<br>TO ELECTRONIC SERVICE,<br>PROPOSED ORDER |
|---|---|---|

United States

                Plaintiff(s),

                                        Case No. 18 CR 0258

v.

LI JUAN WANG

                Defendant(s).

    I, **Daniel F. Lynch**, attorney for LI JUAN WANG, hereby petitions for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | Daniel F. Lynch, Attorney at Law |
| Address: | 20 Vesey Street |
| | Suite 410 |
| City: | New York |
| State: | New York     ZIP Code: 10007 |
| Voice Phone: | (212) 571-4888 |
| FAX Phone: | (212) 571-4848 |
| Internet E-mail: | dlynch4@gmail.com |
| Additional E-mail: | dlynch4@nyc.rr.com |
| I reside in City: | New York     State: NY |

    I was admitted to practice in the New York State, Second Department on March 22, 1989. I was admitted in the United States District Court, Southern District of New York on November 9, 1993. I am presently in good standing and eligible to practice in said courts. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

    I have not concurrently or within the year preceding this application made a pro hac vice application to this court.
.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Michael A. Sawamura    (SBN 109412)

Firm Name: Corporate Counsel Law Group LLP

Address: 901 H Street, Suite 210

City: Sacramento

State: California   ZIP Code: 95814-1808

Voice Phone: (916) 441-2685

FAX Phone: (916) 441-5776

E-mail: SNCLawFirm@aol.com

Dated: 5/13/21

Petitioner:

**ORDER**

IT IS SO ORDERED.

Dated: May 28, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE