**FILED**
June 28, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LI JUAN WANG,<br><br>    Defendant. | Case No. 2:18-cr-00258-MCE<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>LI JUAN WANG</u>,

Case No. <u>2:18-cr-00258-MCE</u> Charge <u>21 USC § 846</u>, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        __X__ Unsecured Appearance Bond $ 20,000

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        _____ (Other):

Issued at Sacramento, California on June 28, 2021 at 3:03 PM.

By:    *Allison Claire*

Magistrate Judge Allison Claire