PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>LI JUAN WANG,<br><br>　　　　　　Defendant. | CASE NO. 2:18-cr-00258-JAM-3<br><br>**STIPULATION REGARDING CONTINUANCE OF SENTENCING; FINDINGS AND ORDER**<br><br>DATE: June 18, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on June 18, 2024.

2. The government and defense agree that sentencing should be postponed for the following reasons: to permit the defendant time to meet her obligations in the plea agreement. By this stipulation, the parties now move to re-set the matter for sentencing on **November 19, 2024, at 09:00 a.m.**, and request that the Court set the following schedule:

　　a) The draft PSR will be completed on or before **October 08, 2024**;

　　b) Informal objections to the presentence investigation report ("PSR") will be completed on or before **October 22, 2024**;

　　c) A final PSR shall be filed by the probation officer on or before **October 29, 2024**;

　　d) Formal objections to, and motions for correction of, the PSR shall be filed on or

before **November 05, 2024**;

  e) Replies to objections to, and motions for correction of, the PSR shall be filed on or before **November 12, 2024**;

  f) Sentencing memoranda shall be filed on or before **November 12, 2024**.

IT IS SO STIPULATED.

Dated: May 21, 2024          PHILLIP A. TALBERT
                United States Attorney

                /s/ ROGER YANG
                ROGER YANG
                Assistant United States Attorney

Dated: May 21, 2024          /s/ DANIEL LYNCH
                DANIEL LYNCH
                Counsel for Defendant
                LI JUAN WANG

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: May 22, 2024          /s/ John A. Mendez
                THE HONORABLE JOHN A. MENDEZ
                SENIOR UNITED STATES DISTRICT JUDGE