1  PHILLIP A. TALBERT
   United States Attorney
2  ROGER YANG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | Case No.   2:18-cr-00258-JAM-3
   |                              |
12 |     Plaintiff,               | STIPULATION AND [PROPOSED] ORDER
   |                              | TO VACATE SENTENCING HEARING AND
13 | vs.                          | SET FOR A STATUS ON SENTENCING
   |                              |
14 | LI JUAN WANG,                | DATE:  November 12, 2024
   |                              | TIME:  9:00 a.m.
15 |     Defendant.               | JUDGE: Hon. John A. Mendez

16

17

18         IT IS HEREBY STIPULATED by and between the parties hereto through their

19 respective counsel, that the sentencing hearing scheduled for November 19, 2024, at 9:00 a.m. be

20 vacated and set for a status on sentencing on **March 11, 2025, at 9:00 a.m.**  Probation does not

21 object to the requested modification.

22         Defense counsel will be unavailable during one of the dates of the current schedule and

23 an extended timeline is necessary to give counsel sufficient time to prepare for sentencing.  It is

24 therefore requested that the matter be continued to **March 11, 2025**, for a status on sentencing.

25 ////

26 ////

27 ////

28 ////

////

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: October 3, 2024 | /s/ Roger Yang<br>ROGER YANG<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| DATED: October 3, 2024 | /s/ Daniel F. Lynch<br>DANIEL F. LYNCH<br>Attorney for Defendant<br>LI JUAN WANG |

### **O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing previously set for November 12, 2024, is **VACATED** and a **Status re Sentencing** is **SET** for **March 11, 2025, at 9:00 a.m.**

Dated: October 04, 2024        /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE