MICHELE BECKWITH
Acting United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LI JUAN WANG,<br><br>Defendant. | CASE NO. 2:18-CR-00258-JAM-3<br><br>**THIRD STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE RE SENTENCING HEARING**<br><br>DATE: March 11, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

    AUSA Roger Yang, on behalf of the United States Attorney's Office, and defendant Yan Chen by and through her counsel of record, are requesting a continuance of defendant Li Juan Wang's status of sentencing hearing that is presently set for March 11, 2025 to **June 17, 2025, at 09:00 a.m.** USPO Julie Besabe, on behalf of the United States Probation Office, has no objection to the requested continuance. The parties have confirmed that an interpreter will be available on June 17.

    The parties are requesting this continuance because they believe that the trial of the remaining co-defendant, Heidi Phong, will have a material effect on sentencing.

Dated: February 28, 2025                 /s/ DANIEL F. LYNCH
                                                   DANIEL F. LYNCH
                                                   Counsel for Defendant
                                                   Li Juan Wang

| | |
|---|---|
| Dated: February 28, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>/s/ ROGER YANG<br>ROGER YANG<br>Assistant United States Attorney |

### ORDER

IT IS SO ORDERED.

Dated: March 03, 2025         /s/ John A. Mendez
                                                   THE HONORABLE JOHN A. MENDEZ
                                                   SENIOR UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE RE SENTENCING HEARING**