MICHELE BECKWITH
Acting United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LI JUAN WANG,<br><br>Defendants. | CASE NO. 2:18-cr-00258-JAM-3<br><br>**STIPULATION AND ORDER TO CONVERT STATUS RE SENTENCING TO SENTENCING HEARING**<br><br>DATE: June 17, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ROGER YANG, and defendant Li Juan Wang, both individually and by and through her counsel of record, Daniel F. Lynch, hereby stipulate as follows:

1. This case was previously set for status of counsel for June 17, 2025. The parties agree that this case is now ready for sentencing. As a result, the parties agree to convert the next date to a sentencing date and set a sentencing schedule.

2. The parties request that the Court set this case for sentencing on October 21, 2025.

3. After consulting with the U.S. Probation Office, the parties agree to the following sentencing schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | **October 21, 2025, at 09:00 a.m.** |
| Reply, or Statement of Non-Opposition: | October 14, 2025 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 07, 2025 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | September 30, 2025 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 23, 2025 |
| The draft Presentence Report shall be disclosed to counsel no later than: | September 09, 2025 |

4. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

IT IS SO STIPULATED.

Dated:  June 3, 2025                                MICHELE BECKWITH
                                                                       Acting United States Attorney

                                                                       /s/ ROGER YANG
                                                                       ROGER YANG
                                                                       Assistant United States Attorney

Dated:  June 3, 2025                                /s/ DANIEL F. LYNCH
                                                                       DANIEL F. LYNCH
                                                                       Counsel for Defendant
                                                                       LI JUAN WANG

**ORDER**

IT IS SO ORDERED.

Dated: June 04, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE